# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| RAYMON CERVANTES, JR. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-1802-S-BH |
| | § | |
| DALLAS COUNTY CIU UNIT, JAMES D. BURNHAM, DONALD R. SCOGGIN, CYNTHIA GARZA, and DALLAS COUNTY CRIMINAL COURTS SYSTEM | § § § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. *See* ECF No. 39. Objections were filed. The District Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. To the extent that it seeks post-judgment relief, Plaintiffs [sic] Writ of Mandamus Under Codes U.S 2513-Unjust Conviction, US Code 1983 Civil Deprivation of Rights, Due Process Civil Rights Act 1964, Unjust Conclusions of This Court and Magistrate [ECF No. 38], is liberally construed as a motion to alter or amend the judgment under Federal Rule of Civil Procedure 59(e) and **DENIED**.

**SO ORDERED.**

SIGNED December 6, 2023.

**UNITED STATES DISTRICT JUDGE**